[Crim. No. 411.  Third Appellate District.—January 31, 1918.]

## THE PEOPLE, Respondent, v. ALBERT JACOBS, Appellant.

CRIMINAL LAW—INFAMOUS CRIME AGAINST NATURE—RECORD FREE FROM
ERROR.—On this appeal it is held the offense of the infamous crime
against nature was charged in the information with legal sufficiency,
the trial fairly conducted, the instructions complete and accurate,
and the testimony as to guilt overwhelming and conclusive.

APPEAL from a judgment of the Superior Court of
Sonoma County, and from an order denying a new trial.
Emmet Seawell, Judge.

The facts are stated in the opinion of the court.

Charles E. Davis, for Appellant.

U. S. Webb, Attorney-General, and J. Chas. Jones, Deputy
Attorney-General, for Respondent.

BURNETT, J.—The whole record in this case has been ex-
amined with care and it appears that no error whatever was
committed. The offense of the infamous crime against nature
was charged in the information with legal sufficiency; the
trial was fairly conducted in every way; the instructions to
the jury were complete and accurate, and the testimony as
to guilt was overwhelming and conclusive, there being two
unimpeached witnesses to the overt act and no adverse show-
ing being made by the defendant.

The judgment and the order are therefore affirmed.

Chipman, P. J., and Hart, J., concurred.

A petition to have the cause heard in the supreme court,
after judgment in the district court of appeal, was denied
by the supreme court on April 1, 1918.